UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| H. GAYLE JACKSON | : | CASE NO. 15-22086 AMN |
| DEBTOR | : | |

**TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM
OF EXEMPTIONS**

Molly T. Whiton, Trustee herein, objects to the above-named debtor's claim of exemptions as set forth in Schedule C, as follows:

1. As to the exemptions claimed pursuant to 11 USC 522(d)(5), the debtor has exceeded the maximum amount that can be claimed exempt under this subsection.

2. In addition, as to the exemption claimed pursuant to pursuant to 11 U.S.C. §522(d)(11)(d), the debtor has not established the extent to which any payment is in compensation of "pain and suffering or compensation for actual pecuniary loss"; therefore the Trustee cannot determine what portion is attributable to bodily injury.

WHEREFORE, the Trustee objects to the debtor's claim of exemptions in this case.

Dated at Hartford, Connecticut this 17th day of February, 2016.

/s/ Molly T. Whiton
Molly T. Whiton, Chapter 13 Trustee
10 Columbus Boulevard
Hartford, CT  06106
Tel:  860-278-9410 Fax: 860-527-6185
Email: mtwhiton@mtwhiton.com
Fed. Bar #02214

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:                                :        CHAPTER 13

H. GAYLE JACKSON                      :        CASE NO. 15-22086 AMN

       DEBTOR                        :

**ORDER DISALLOWING DEBTOR EXEMPTION**

Upon the Chapter 13 Trustee's Objection to the Debtor's Claim of Exemptions, ECF #____, as set forth in the Debtor's schedules, having been heard by the Court after notice, it is hereby

ORDERED, that the Debtor's Claim of Exemptions is hereby disallowed pursuant to 11 USC Section 522(I).

For the purposes of this order, "Debtor" means "Debtors" where applicable