# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
April 27, 2016

In re:

H. Gayle Jackson

                Debtor*

Case Number: 15–22086 amn
Chapter: 13

### NOTICE OF PROOF OF CLAIM FILED

    This notice is to inform you that a proof of claim was filed in your name by the trustee on April 27, 2016 in the amount of $3976.04, Claim Number 8.

    If a creditor does not timely file a proof of claim under Federal Rule of Bankruptcy Procedure 3002(c) or 3003(c), Federal Rule of Bankruptcy Procedure 3004 provides that the debtor or trustee may file a proof of claim within 30 days after the expiration of the time for filing claims prescribed by Federal Rule of Bankruptcy Procedure 3002(c) or 3003(c), which expiration date was April 20, 2016.

Dated: April 27, 2016

BY THE COURT

*Myrna Atwater* (signature)

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 126 – ts

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.